UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY, as subrogee of LTI HARVARD, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BREN-TRONICS, INC., and SAFT AMERICA, INC., <br><br> Defendants. | DOCKET NO.: 1:22-cv-11669 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Bren-Tronics, Inc. certifies that no corporation is a parent of Bren-Tronics, Inc. and that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

DEFENDANT BREN-TRONICS, INC.,

By its Attorneys,

Dated: October 21, 2022

_____
Christine A. Knipper, BBO #652638
Christine.Knipper@wilsonelser.com
Anne V. Kim, BBO #679704
Anne.Kim@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, Massachusetts 02110
(617) 422-5300

276694906v.1

## CERTIFICATE OF SERVICE

      I, Anne V. Kim, hereby certify that, on October 21, 2022, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

Edward A. Bopp, Esq.
Monahan & Associates, P.C.
113 Union Wharf East
Boston, Massachusetts 02109
ebopp@monahanlaw.net

Paul Michienzie, Esq.
pmichienzie@masatlaw.com
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, Massachusetts 02116

                                              */s/ Anne Kim*
                                              Anne V. Kim