UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY, as subrogee of LTI HARVARD, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>BREN-TRONICS, INC., and SAFT AMERICA, INC.,<br><br>    Defendants,<br><br>BREN-TRONICS, INC.,<br><br>    Defendant and<br>    Third-Party Plaintiff,<br><br>vs.<br><br>GALLEY POWER LLC, and GALLEY POWER, INC.<br><br>    Third-Party Defendants | DOCKET NO.: 1:22-cv-11669 |

**THIRD-PARTY COMPLAINT OF BREN-TRONICS, INC.
AND DEMAND FOR JURY TRIAL**

COMES NOW Defendant/Third-Party Plaintiff Bren-Tronics, Inc., (hereinafter "Bren-Tronics"), and hereby asserts this Third-Party Complaint against Galley Power LLC and Galley Power, Inc. as follows:

**PARTIES**

1. Defendant/Third-Party Plaintiff, Bren-Tronics, Inc. ("Bren-Tronics"), is a corporation organized under the laws of New York with an office located at 10 Brayton Court, Commack, New York 11725.

1

2. Third-Party Defendant, Galley Power LLC was a corporation with a principal place of business in Hudson, Massachusetts. Upon information and belief, Galley Power LLC converted into Galley Power, Inc. on or about February 2, 2022.

3. Third-Party Defendant, Galley Power, Inc. is a Massachusetts company with a principal place of business in Hudson, Massachusetts.

4. Plaintiff, Norfolk & Dedham, as subrogee of LTI Harvard, Inc. filed a complaint against the defendants asserting claims for negligence and breach of implied warranty arising out of a fire that allegedly occurred on June 15, 2019 at a property located at 325 Ayer Road, Harvard, Massachusetts 01451 (the Subject Property), resulting in property damage.

5. According to Plaintiff, LTI Harvard, Inc. leased a suite at the Subject Property to Galley Power LLC.

6. At all times relevant hereto, Galley Power LLC was a battery technology company that offered services including testing of batteries including by charging and discharging them in a battery test chamber.

7. According to Plaintiff's Complaint, on June 14, 2019, Galley Power LLC began testing two lithium-ion batteries inside a test chamber at Galley Power LLC's leased space at the Subject Property.

8. Plaintiff's Complaint alleges that one of the batteries was designed, manufactured, and/or sold by Bren-Tronics, and the other battery was designed, manufactured, and/or sold by Saft.

9. Plaintiff's Complaint alleges that at about 1:00 a.m. on June 15, 2019, the batteries exploded inside Galley Power LLC's charging and discharging chamber, starting a fire.

10. Plaintiff's Complaint alleges that the fire resulted in $523,589.65 worth of damages to the Subject Property.

## COUNT I
### Contribution

11. The Defendant/Third-Party Plaintiff, Bren-Tronics repeats and reavers the allegations set forth in the previous paragraphs as if fully set forth herein.

12. The Defendant/Third-Party Plaintiff states that if the Plaintiff suffered damages as alleged in the Complaint, which the Defendant/Third-Party Plaintiff specifically denies, then said damages were caused by the negligence or other wrongful conduct of Galley Power LLC and Galley Power Inc.

13. If Defendant/Third-Party Plaintiff should be found liable for the damages allegedly sustained by the Plaintiff, then Defendant/Third-Party Plaintiff asserts that Galley Power LLC and Galley Power Inc. are also negligent and, thus, Galley Power LLC and Galley Power Inc. are joint tortfeasors.

WHEREFORE, the Defendant/Third-Party Plaintiff, Bren-Tronics, Inc. demands judgment in its favor against Galley Power LLC and Galley Power Inc., for their pro rata share of the entire liability pursuant to G.L. c. 231B, together with interest, costs and attorney's fees and such other relief as this Court deems just and proper.

## JURY DEMAND

The Defendant/Third Party Plaintiff, Bren-Tronics hereby demands a trial by jury as to all claims.

Respectfully submitted,

DEFENDANT/THIRD-PARTY PLAINTIFF
BREN-TRONICS, INC.,

By its Attorneys,

Dated: October 27, 2022

Christine A. Knipper, BBO #652638
Christine.Knipper@wilsonelser.com
Anne V. Kim, BBO #679704
Anne.Kim@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, Massachusetts  02110
(617) 422-5300

**CERTIFICATE OF SERVICE**

      I, Anne V. Kim, hereby certify that, on October 27, 2022, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

Edward A. Bopp, Esq.
Monahan & Associates, P.C.
113 Union Wharf East
Boston, Massachusetts 02109
ebopp@monahanlaw.net

Paul Michienzie, Esq.
pmichienzie@masatlaw.com
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, Massachusetts 02116

                                                   */s/ Anne Kim*
                                                   Anne V. Kim