UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
NORFOLK & DEDHAM MUTUAL FIRE           )
INSURANCE COMPANY, as subrogee of      )
LTI HARVARD, INC.,                     )
    Plaintiff,                         )   Case No.: 1:22-cv-11669-NMG
                                       )
v.                                     )
                                       )
BREN-TRONICS, INC., and                )
SAFT AMERICA, INC.                     )
    Defendants and Third-Party Plaintiffs. )
                                       )
v.                                     )
                                       )
GALLEY POWER LLC, and                  )
GALLEY POWER, INC.,                    )
    Third-Party Defendants.            )
_____ )

## JOINT STATEMENT

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1, the parties jointly submit the following proposed scheduling order for the above-captioned matter:

A. Proposed Scheduling Order:

| Event | Date |
| --- | --- |
| Initial Disclosures | January 7, 2023 |
| Motions to Amend Pleadings | February 17, 2023 |
| Written discovery served by | February 17, 2023 |
| All depositions, other than experts, completed by | July 14, 2023 |
| Fact discovery, other than expert discovery completed by | July 14, 2023 |
| Plaintiff's trial experts designated and information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by | August 25, 2023 |
| Plaintiff's trial experts must be deposed by | September 29, 2023 |
| Defendant's trial experts designated and information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by | October 27, 2023 |
| Defendant's trial experts must be deposed by | December 1, 2023 |
| Dispositive motions filed by | January 12, 2024 |

| Oppositions to dispositive motions must be filed within 21 days after service of the motion | |
|---|---|

### B. Settlement

The Plaintiff submitted settlement demands prior to the filing of the lawsuit.

### C. Reassignment to a Magistrate Judge

The parties do not consent to reassignment of the case to a magistrate judge.

### D. Local Rule 16.1(d)(3) Certifications

The parties state that they will file their respective certifications under separate cover, prior to the Scheduling Conference.

WHEREFORE, the parties respectfully request that this Honorable Court enter the above Scheduling Order for this matter.

Respectfully Submitted,
Norfolk & Dedham Mutual Fire Insurance
Company, a/s/o LTI Harvard, Inc.,
By its attorney,

/s/Edward A. Bopp
Edward A. Bopp, BBO #672367
Monahan & Associates, P.C.
113 Union Wharf East
Boston, MA 02109
(617) 227-1500
ebopp@monahanlaw.net

Bren-Tronics, Inc.,
By its attorneys,

/s/Christine A. Knipper
Christine A. Knipper, BBO #652638
Anne V. Kim, BBO #679704
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
(617) 422-5300
christine.knipper@wilsonelser.com
anne.kim@wilsonelser.com

Saft America, Inc.,
By its attorneys,

/s/Paul Michienzie
Paul Michienzie, BBO #548701
Richard E. Bennett, BBO #037740
Adam C. Brandon, BBO #625098
Michienzie & Sawin LLC

Galley Power LLC, and Galley Power, Inc.,
By its attorney,

/s/Christina M. Esposito
Cristina M. Esposito, BBO #693658
Law Offices of Patricia C. Frazier
100 High Street, Suite 610B
Boston, MA 02110

| | |
|---|---|
| 745 Boylston Street, 5th Floor<br>Boston, MA 02116<br>(617) 227-5660<br>pmichienzie@masatlaw.com<br>rbennett@masatlaw.com<br>abrandon@masatlaw.com | (617) 217-2962<br>cristina.esposito@thehartford.com |

Date:  November 30, 2022

**CERTIFICATE OF SERVICE**

      I, Anne V. Kim, hereby certify that I have this 30th day of November 2022, I served a copy of the foregoing document be causing a copy thereof to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF), as well as by electronic mail.

                                                  */s/ Anne V. Kim*
                                                  Anne V. Kim